**DEUTSCHE BANK**

v.

**TRAN, T.**

**1348 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CI–03–04399

(Lancaster)

Affirmed

**COM.**

v.

**OYLER, T.**

**1440 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

Reargument Denied 6/28/2017

CP–01–CR–0001246–2015

(Adams)

Quashed and Remanded

**COM.**

v.

**Rosario MALDONADO, L.**

**1442 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–67–CR–0003858–2014

(York)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**CRUMPLER, L.**

**1473 MDA 2016**

Superior Court of Pennsylvania.

4/19/2017

CP–28–CR–0001569–2014

(Franklin)

Affirmed

**IN RE: ADOPTION OF S.A.K., a Minor**

**1621 MDA 2016**

Superior Court of Pennsylvania.

04/19/2017

2014–0180

(York)

Affirmed